B 10 (Supplement 1) (12/11)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois, Eastern Division

In re  David Feder        ,                                        Case No.  12 B 47918
        Debtor

Chapter 13

## Notice of Mortgage Payment Change

**If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount.  File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.**  See Bankruptcy Rule 3002.1.

| | | | |
|---|---|---|---|
| **Name of creditor:** | Cenlar FSB | **Court claim no.** (if known): | N/A |
| **Last four digits** of any number you use to identify the debtor's account: | ######2372 | **Date of payment change:**<br>Must be at least 21 days after date of this notice | 02/01/2013 |
| | | **New total payment:**<br>Principal, Interest, and escrow, if any | $1,892.92 |

### Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**

☐ No

■ Yes.  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.  Describe the basis for the change.  If a statement is not attached, explain why:_____

    **Current escrow payment:** $522.63        **New escrow payment:** $797.31

### Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

■ No

☐ Yes.  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law.  If a notice is not attached, explain why: _____

    **Current interest rate:** _____%        **New interest rate:** _____%

    **Current principal and interest payment:** $ _____    **New principal and interest payment:** $ _____

### Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**

■ No

☐ Yes.  Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.  *(Court approval may be required before the payment change can take effect.)*
    Reason for change: _____

    **Current mortgage payment:** _____    **New mortgage payment:** $ _____

B 10 (Supplement 1) (12/11)                                                        Page 2

**Part 4: Sign Here**

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☐   I am the creditor         ■   I am the creditor's authorized agent
                                             (attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

**x**      /s/ Peter C. Bastianen                                   Date 1/11/2013
    Signature

**Print:**             Peter C. Bastianen                    Title Attorney for Creditor
                      First Name     Middle Name     Last Name

Company        Codilis & Associates, P.C.

Address          15W030 North Frontage Road, Suite 100
                      Number       Street
                  Burr Ridge             IL    60527
                  City                           State      ZIP Code

Contact phone    (630) 794-5300                        Email _____

CERTIFICATE OF SERVICE

       The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on  January 11, 2013 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on  January 11, 2013.

Tom Vaughn, Chapter 13 Trustee, 55 E. Monroe, Suite 3850, Chicago, IL 60603 by electronic notice through ECF
David Feder, Debtor(s), PO Box 5634, Buffalo Grove, IL 60089
Justin R Storer, Attorney for Debtor(s), 420 W. Clayton Street, Waukegan,, IL 60085 by electronic notice through ECF
Office of U.S. Trustee, 219 S. Dearborn St., Room 873, Chicago, IL 60604by electronic notice through ECF


       /s/ Peter C. Bastianen


Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
Adam E. Codilis ARDC#6299311
Jessica S. Naples ARDC#6304951
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300)
**C&A FILE (14-11-11056)**

NOTE: This law firm is deemed to be a debt collector.

**CENLAR**
PO Box 211091
Eagan, MN 55121

+ 0407751 000000547 09CEE4 0950806 FG
DAVID FEDER
RACHEL FEDER
PO BOX 5634
BUFFALO GROVE IL 60089-5634

12/17/12
LOAN NO: ▬▬▬▬
www.loanadministration.com
Customer Service 877-680-5583

Page 1 of 1

> Please see the enclosed insert "Understanding Your Escrow Account Disclosure Statement". This handy guide is intended to help you understand your statement and answer some commonly asked questions about your escrow analysis.

## ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

As you know, we are required to maintain an escrow account which is used to pay your real estate taxes and/or insurance premiums. This account must be analyzed annually to determine whether enough funds are being collected monthly, and whether the account has a shortage or surplus based on the anticipated activity.

### PRESENT LOAN PAYMENT

| | | |
|---|---|---|
| Your present payment consists of: | Principal & Interest (P & I) | $1,095.61 |
| | Escrow Deposit | $522.63 |
| **Total Loan Payment** | | **$1,618.24** |

### ANTICIPATED ANNUAL DISBURSEMENTS

These are the escrow items we anticipate we will collect for or pay on your behalf in the upcoming 12 month period. The dollar amount shown may be the last amount actually paid for that item, or may project the next amount due as defined by Federal law. Based on these anticipated disbursements, the amount of your escrow deposit is calculated and displayed here.

| | | |
|---|---|---|
| Bills due in the upcoming year: | County Tax | $5,469.06 |
| | Hazard Ins | $3,845.00 |
| **Total Anticipated Annual Disbursements:** | **$9,314.06** | One-Twelfth/Monthly Amount: **$776.18** |

### ACCOUNT HISTORY

The following statement of activity in your escrow account from 01/11 through 01/13 displays actual activity as it occurred in your escrow account during that period. If you received Account Projections with a prior analysis, they are included again here for comparison.

| Month | Payments Projected | Payments Actual | Disbursements Projected | Disbursements Actual | Description | Projected Escrow Account Balance | Actual Escrow Account Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance | $2,448.84 | -$1,447.33 |
| January | 542.14 | * | | | | 2,990.98 | -1,447.33 |
| February | 542.14 | * | | | | 3,533.12 | -1,447.33 |
| March | 542.14 | * | | | | 4,075.26 | -1,447.33 |
| April | 542.14 | * | | | | 4,617.40 | -1,447.33 |
| May | 542.14 | * | 2,850.84 | 2,904.74* | R.E. TAX | 2,308.70 | -4,352.07 |
| June | 542.14 | * | | | | 2,850.84 | -4,352.07 |
| July | 542.14 | * | | | | 3,392.98 | -4,352.07 |
| August | 542.14 | * | 2,850.84 | 2,904.75* | R.E. TAX | 1,084.28 | -7,256.82 |
| September | 542.14 | * | | | | 1,626.42 | -7,256.82 |
| October | 542.14 | * | | 4,133.00* | HAZARD INS | 2,168.56 | -11,389.82 |
| May | | 637.99* | | 2,734.52* | R.E. TAX | 2,168.56 | -13,486.35 |

**\*\*\* CONTINUED ON REVERSE SIDE \*\*\***

---

David Feder
Rachel Feder
PO Box 5634
Buffalo Grove IL 60089-5634

**SHORTAGE**

**CENLAR**

Loan Number: ▬▬▬
Shortage Amount:    $253.55

If you choose to pay your escrow shortage of $253.55 in full, your new loan payment amount will be $1,871.79. Please include your loan number on your check and make it payable to "Central Loan Administration & Reporting" and send to:

PAYMENT PROCESSING CENTER
PO BOX 11733
NEWARK, NJ 07101-4733

30000316623720       00025355

** CONTINUATION **

| Month | | | | | |
|---|---|---|---|---|---|
| July | | 3,845.00* | HAZARD INS | 2,168.56 | -17,331.35 |
| August | 637.99* | 2,734.53* | R.E. TAX | 2,168.56 | -19,427.89 |
| November | 542.46* | | | 2,168.56 | -18,885.43 |
| December | 14,111.01E | | E | 2,168.56 | -4,774.42 |
| January | 522.63E | | E | 2,168.56 | -4,251.79 |

An asterisk (*) beside an amount indicates a difference from projected activity either in the amount or the date. The letter E beside an amount indicates that the payment or disbursement has not yet occurred, but is estimated to occur as shown.

Last year we anticipated that Disbursements would be made from your Escrow Account during the period equaling $5,701.68. Under Federal Law, your lowest monthly balance should not have exceeded $1,084.28, or 1/6th of total anticipated payments from the account, unless your loan contract or State law specifies a lower amount.

Under your loan contract and State law your lowest monthly balance should not have exceeded $1,084.28.

## ACCOUNT PROJECTIONS

The following estimate of activity in your escrow account from 02/13 through 01/14 is provided for your information. All payments we anticipate receiving as well as disbursements we anticipate making on your behalf are included, along with the Projected Escrow Account Balance, derived by carrying forward your current actual escrow balance. The Required Escrow Account Balance displays the amount actually required to be on hand as specified by Federal law, State law and your loan documents, and may include a cushion of up to 1/6 of your Annual Disbursements. Please retain this statement for comparison with the actual activity in your account at the end of the next escrow account computation year.

| Month | Anticipated Amount | | Description | Projected Escrow Account Balance | Required Escrow Account Balance |
|---|---|---|---|---|---|
| | To Escrow | From Escrow | | | |
| | | | Beginning Balance | -$4,251.79 | $5,433.16 |
| February | 776.18 | | | -3,475.61 | 6,209.34 |
| March | 776.18 | | | -2,699.43 | 6,985.52 |
| April | 776.18 | | | -1,923.25 | 7,761.70 |
| May | 776.18 | 2,734.53 | R.E. TAX | -3,881.60 | 5,803.35 |
| June | 776.18 | | | -3,105.42 | 6,579.53 |
| July | 776.18 | 3,845.00 | HAZARD INS | -6,174.24 | 3,510.71 |
| August | 776.18 | 2,734.53 | R.E. TAX | -8,132.59 | 1,552.36 |
| September | 776.18 | | | -7,356.41 | 2,328.54 |
| October | 776.18 | | | -6,580.23 | 3,104.72 |
| November | 776.18 | | | -5,804.05 | 3,880.90 |
| December | 776.18 | | | -5,027.87 | 4,657.08 |
| January | 776.18 | | | -4,251.69 | 5,433.26 |

**Your Projected Escrow Account Balance as of 01/31/13 is -$4,251.79. Your Required Beginning Escrow Balance according to this analysis should be $5,433.16.**

This means your escrow account is under-funded by a total of $253.55. You have a Deficiency of $4,251.79, and a Shortage of $5,433.16. Per Federal law, the Deficiency may be collected from you over 2 months or more unless it is less than 1 month's deposit. If so, we may require payment within 30 days. The Shortage may be collected from you over 12 months or more unless it is less than 1 month's deposit. If so we may require payment within 30 days. We will collect the Deficiency and the Shortage over 12 months.

## NEW LOAN PAYMENT

| Your new payment consists of: | Principal & Interest (P & I) | $1,095.61 |
|---|---|---|
| | Escrow Deposit | $776.18 |
| | Escrow Shortage Amount | $21.13 |
| **New Loan Payment** | **Beginning on February 1, 2013** | **$1,892.92** |

**Important Notes:**

**Automatic Draft Customers:** If you're enrolled in Automatic Drafting, any additional principal deductions you have previously authorized are not included in the above listed new payment amount. However, until we are otherwise advised, the authorized additional principal amount will continue to be withdrawn from your account.

**Adjustable Rate Mortgage Customers:** If your loan has an adjustable interest rate your monthly principal and interest payment may change prior to your next Escrow Analysis. Should you have any questions about this Escrow Analysis, please call our Customer Service Department at 877-680-5583.