# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois (Chicago)

| | |
|---|---|
| IN RE: | Case No.: 12-47918 |
| Debtors: David Feder | Loan Number (Last 4): 5540 |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Nationstar Mortgage, LLC | Cenlar Federal Savings Bank |
|---|---|
| | P O Box 77408/FC-236 |
| Name of Transferee | Name of Transferor |
| PO Box 619096 | Court Claim # (if known): 6 |
| Dallas, TX 75261-9741 | Amount of Claim: $263,846.99 |
| | Date Claim Filed: 03/13/2013 |
| Phone: 877-782-7612 | Last Four Digits of Acct #: 2372 |
| Last Four Digits of Acct #: 5540 | |

Name and Address where transferee payments should be sent (if different from above):

PO Box 619094
Dallas, TX 75261-9741

Phone: 877-782-7612
Last Four Digits of Acct #: 5540

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Megan Koza                                      Date: 07/09/2015
    Assistant Secretary

Specific Contact Information:
P: 877-782-7612
Megan.Koza@nationstarmail.com

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

1426486-a2076a1c-ec49-4962-a124-1daed8772808