**B 2100A (Form 2100A) (12/15)**

# UNITED STATES BANKRUPTCY COURT

### NORTHERN District Of ILLINOIS

In re: DAVID  FEDER                                           Case No. 12-47918

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee
hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other
than for security, of the claim referenced in this evidence and notice.

<table>
<tr><td>U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust</td><td>Nationstar Mortgage, LLC</td></tr>
<tr><td>Name of Transferee</td><td>Name of Transferor</td></tr>
</table>

Name and Address where notices to transferee        Court Claim # (if known): <u>6-1</u>
should be sent:                                      Amount of Claim: <u>$263,846.99</u>
Caliber Home Loans, Inc.                             Date Claim Filed: <u>03/13/2013</u>
13801 Wireless Way
Oklahoma City, OK 73134
Phone: <u>(800)401-6587</u>
E-mail: SD-Bankruptcy@caliberhomeloans.com
Last Four Digits of Acct #: 9735                     Phone:
                                                     Last Four Digits of Acct. #: <u>5540</u>

Name and Address where transferee payments
should be sent (if different from above):
Caliber Home Loans, Inc.
PO Box 24330
Oklahoma City, OK 73124
Phone: (800)401-6587
E-mail: SD-Bankruptcy@caliberhomeloans.com
Last Four Digits of Acct #: 9735

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

By: /s/Ankita Gupta
    AIS Data Services, LP as agent                   Date 01/11/2017
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.